PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In re Search Warrant | CASE NO. 2:09-SW-0023 |
|---|---|
| | [PROPOSED] ORDER TO UNSEAL |

The government's request to unseal the filings in this matter is GRANTED.

Dated: 8/26/16

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge